No. 81–1433.   REIMNITZ *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 81–1446.   HUNTINGTON MEMORIAL HOSPITAL *v.* MISSIRLIAN.   C. A. 9th Cir.   Certiorari denied.

No. 81–1447.   LOETERMAN ET AL. *v.* TOWN OF BROOKLINE ET AL.   C. A. 1st Cir.   Certiorari before judgment denied.

No. 81–1450.   MICHELIN TIRE CORP. *v.* COULTER.   Ct. App. Mo., Southern Dist.   Certiorari denied.

No. 81–1452.   FORDEES CORP. *v.* VULCAN, INC.   C. A. 6th Cir.   Certiorari denied.

No. 81–1456.   MARIN *v.* MYERS ET AL.   C. A. 4th Cir. Certiorari denied.

No. 81–1471.   IMMER *v.* PUERTO RICO MARITIME SHIPPING AUTHORITY ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 81–1474.   COLE *v.* OHIO.   Ct. App. Ohio, Franklin County.   Certiorari denied.

No. 81–1475.   TAYLOR *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 81–1477.   WELLS *v.* WHITE, GOVERNOR OF ARKANSAS, ET AL.   Sup. Ct. Ark.   Certiorari denied.

No. 81–1484.   ALLISON ET AL. *v.* CONTINENTAL GROUP, INC.   Sup. Ct. La.   Certiorari denied.